UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CASE NO. – 4:20CR-22-2 |
| vs. | ) ) ) | |
| JAMALL BROWN, | ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by defense counsel A. J. Balbo, from May 28 through June 2, 2021; June 28 through July 2, 2021; October 11 through October 15, 2021; November 17 through November 19, 2021; and December 20 through December 27, 2021. After careful consideration, said Motion is GRANTED; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED, this 26th day of April, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA